[No. 30734-4-III.  Division Three.  September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORIO LUNA LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-1-50164-8, Robert G. Swisher, J., entered March 30, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 30886-3-III.  Division Three.  September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER L. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00278-2, Cameron Mitchell, J., entered May 9, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31635-1-III.  Division Three.  September 9, 2014.]

*In the Matter of the Parentage of* Z.B.

D.B., *Appellant*, v. E.B., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-5-00396-6, Kathleen M. O'Connor, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.